Case Name: Kay F. Fellows
Case No:     07-70488

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:2/11/08                           WILLIAM T. NEARY
                                        United States Trustee, Region 11


                            BY:    */s/ Carole J. Ryczek*
                                   CAROLE J. RYCZEK
                                   Attorney for the U.S. Trustee