IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
FELLOWS, KAY F.

CHAPTER 7 CASE

CASE NO. 07-70488 BARB

JUDGE Manuel Barbosa

Debtor(s)

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   211 S. Court Street
   Rockford, IL 61101
   on: Monday, March 17, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       8,919.00

   b. Disbursements                         $         746.00

   c. Net Cash Available for Distribution   $       8,173.00

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,567.30 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $866.25 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | | $31.75 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $43,964.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 12.98%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 2,635.84 | $ 342.21 |
| 2 | Chase Bank USA, N.A. | $ 13,241.20 | $ 1,719.05 |
| 3 | Chase Bank USA, N.A. | $ 10,912.71 | $ 1,416.75 |
| 4 | eCAST Settlement Corporation assignee of | $ 17,174.48 | $ 2,229.69 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 1-8-08                                   For the Court,

                                                By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: mreilly           Page 1 of 1              Date Rcvd: Feb 12, 2008
Case: 07-70488                Form ID: pdf002         Total Served: 16

The following entities were served by first class mail on Feb 14, 2008.
db            +Kay F. Fellows,    P.O. Box 44,    Erie, IL 61250-0044
aty           +Kelli D Walker,    15 East Third Street,    P. O. Box 535,    Sterling, IL 61081-0535
11219570       Bank Of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11219571       Best Buy,   Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
11219572      +Capital One,   P.O. Box 5155,    Norcross, GA 30091-5155
11219573       Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
11359553      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
11219574       FIA Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
11219568       Fellows Kay F,    1016 13th St Lot 2,    Erie, IL 61250
11219575       GM Cardmember Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
11219576       HSBC,   P.O. Box 80053,    Salinas, CA 93912-0053
11311158      +Household Bank (SB)(Best Buy),    c/o Bass & Assoc,    3936 E Ft Lowell Rd Suite 200,
                Tucson AZ 85712-1083
11219569      +Miller Lancaster Walker & Burall PC,    15 East Third Street PO Box 535,    Sterling, IL 61081-0535
11219577       Wells Fargo Auto Finance,    P.O. Box 29704,    Phoenix, AZ 85038-9704
11406280       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
                POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Feb 13, 2008.
tr            +E-mail/Text: KATHY@EGBBL.COM                            Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 14, 2008**          **Signature:** _Joseph Speetjens_